Edson Ivan **OLIVAS–LARA**, Petitioner,

v.

Alberto R. **GONZALES**, Attorney General, Respondent.

No. 05–77334.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted June 8, 2007.

Filed July 24, 2007.

Antonio M. Zaldana, Esq., Law Office of Antonio M. Zaldana, Los Angeles, CA, for Petitioner.

CAC–District Counsel, Esq., Office of the District Counsel, Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, Russell J.E. Verby, Esq., U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, John C. O'Quinn, Esq., U.S. Department of Justice, Office of the Associate Attorney General, Washington, DC, for Respondent.

Before: TROTT and RAWLINSON, Circuit Judges, and KING *, Senior Judge.

MEMORANDUM **

Edson Ivan Olivas–Lara (Olivas–Lara) petitions for review of the decision of the

---

* The Honorable Samuel P. King, Senior United States District Judge for the District of Hawaii, sitting by designation.

Board of Immigration Appeals denying Olivas–Lara's request for adjustment of status and request for waiver of inadmissibility pursuant to 8 U.S.C. § 1182(h).

Because Olivas–Lara does not have an immediately available visa petition for purposes of adjustment of status, we need not address the other issues raised by Olivas–Lara on appeal. *See* 8 U.S.C. § 1255(a)(3) (stating that in order to adjust status, "an immigrant visa [must be] immediately available to him at the time his application [for adjustment of status] is filed"); *see also In re Villarreal–Zuniga*, 23 I. & N. Dec. 886, 889 (BIA 2006) (reasonably concluding that 8 C.F.R. § 204.2(h)(2) precludes re-use of an approved visa petition).

**PETITION DENIED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.